IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ELIZABETH MAJERONI, | |
| Plaintiff, | CIVIL ACTION NO.: 4:24-cv-141 |
| v. | |
| CHATHAM COUNTY BOARD OF ELECTIONS, THOMAS J. MAHONEY, III, ANDREW NIZWANTOWSKI, and ROBERT SANTORO, | |
| Defendants. | |

**O R D E R**

Defendants Nizwantowski and Santoro filed a Motion to Stay.  Doc. 25.  Plaintiff has not responded to these Defendants' Motion, and the time to do so has expired, indicating there is no opposition.  Local R. 7.5 ("Failure to respond within the applicable time period shall indicate . . . there is no opposition to the motion.").  Thus, the Court **GRANTS** Defendants' unopposed Motion and **STAYS** the proceedings in this case, including discovery, as to Defendants Nizwantowski and Santoro only, pending resolution of these Defendants' motion to dismiss.  Should this case remain pending after the Court rules on the motion to dismiss, this stay will lift automatically and the parties are to submit their Rule 26(f) report within 14 days of that ruling.

**SO ORDERED**, this 3rd day of September, 2024.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA