IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ELIZABETH MAJERONI,<br><br>    Plaintiff,<br><br>  v.<br><br>CHATHAM COUNTY BOARD OF ELECTIONS, THOMAS J. MAHONEY, III, ANDREW NIZWANTOWSKI, and ROBERT SANTORO,<br><br>    Defendants. | CIVIL ACTION NO.: 4:24-cv-141 |

**O R D E R**

Plaintiff filed her Complaint on July 8, 2024.  Doc. 1.  Defendants Nizwantowski and Santoro filed a motion to dismiss and a motion to stay discovery and other deadlines while their motion to dismiss was pending.  Docs. 23, 25.  The Court granted this stay by Order dated September 3, 2024.  Doc. 28.  The Court informed these two Defendants the stay would lift upon resolution of their motion to dismiss, should any claims remain pending.  Id.  The Court also informed these Defendants and Plaintiff they were to file a Rule 26(f) report within 14 days of the issuance of an Order on the motion to dismiss.  Id.

The Honorable Lisa Godbey Wood entered an Order on the motion to dismiss on February 4, 2025, denying the motion to dismiss.  Doc. 39.  Accordingly, Defendants Nizwantowski and Santoro and Plaintiff were to submit their Rule 26(f) report on or before February 18, 2025, or 14 days after the ruling on the motion to dismiss.  Doc. 28.  These Defendants filed an Answer to Plaintiff's Complaint, doc. 40, but the parties have not submitted their Rule 26(f) report, as directed.  Doc. 28; see also Doc. 3 (the Court's Rule 26 Order).  The Court **ORDERS** Plaintiff and Defendants Nizwantowski and Santoro and Plaintiff to submit

their Rule 26(f) report **on or before February 28, 2025**. The parties are to use and fully complete the Rule 26(f) form for use in Judge Wood/Judge Cheesbro cases, which can be found on the Court's website.[1]

**SO ORDERED**, this 25th day of February, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court issued a Scheduling Order as to Plaintiff and Defendants Chatham County Board of Elections and Mahoney on September 17, 2024. Doc. 32. Plaintiff and Defendants Nizwantowski and Santoro should confer with Defendants Chatham County Board of Elections and Mahoney regarding the schedule in this case and should consider whether all parties should proceed under one unified schedule. If so, the forthcoming Rule 26(f) report should reflect any request for a unified schedule.